# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Schmidt, Brian L.<br>       Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-11747 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4705

                Respectfully submitted,

                **/s/Brian C. Nicholas, Esquire**
                Brian C. Nicholas, Esquire
                Thomas Puleo, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 825-6306  FAX (215) 825-6406