# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 17-11747-JKF

BRIAN L SCHMIDT

2024 GARRISON DRIVE

CHESTER SPRINGS, PA 19425

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    BRIAN L SCHMIDT

    2024 GARRISON DRIVE

    CHESTER SPRINGS, PA 19425

Counsel for debtor(s), by electronic notice only.

    MICHAEL G DEEGAN
    134 W KING ST

    MALVERN, PA 19355-

                                      /S/ William C. Miller

Date: 8/1/2017                              _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee