UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:   BRIAN L SCHMIDT

Chapter 13
Case Number: 17-11747

**WITHDRAWAL OF PROOF OF CLAIM**

Creditor, Verizon by American InfoSource LP as agent, hereby withdraws its Proof of Claim, filed on 06/06/2017, marked as claim number 7 on the court's claims register, for the account number ending in 0001, and in the amount of $1,019.06.

Dated: 09/12/2017

/s/ Amanda Matchett

Verizon by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 5948911Withdraw

0001