United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 17-11747-jkf
Brian L Schmidt                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: John                  Page 1 of 2              Date Rcvd: Sep 21, 2017
                             Form ID: pdf900             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
```
db              +Brian L Schmidt,    2024 Garrison Drive,    Chester Springs, PA 19425-3875
13884677        +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
13881803        +KML Law Group,    701 Market Street,    Suite 500,    Philadelphia, PA 19106-1538
13881804        +Marcus & Hoffman,    326 West State Street,    Media, PA 19063-2616
13881805        +PECO Bankruptcy Group,    2301 Market Street, S4-2,    Philadelphia, PA 19103-1338
13901016        +PNC BANK, NATIONAL ASSOCIATION,    c/o BRIAN CRAIG NICHOLAS,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13950567        +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                  Miamisburg, OH 45342-5421
13881806        +PNC Mortgage,    3232 Newark Drive,    Miamisburg, OH 45342-5433
13881807        +Windsor Ridge Homeowner's Association,    c/o Penco Management,    353 Elmhurst Drive,
                  Chester Springs, PA 19425-3697
13883968        +Windsor Ridge Homeowners Association,    c/o Robert J. Hoffman, Esquire,    326 West State Street,
                  Media, PA 19063-2616
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Sep 22 2017 01:40:39     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2017 01:40:11      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 22 2017 01:40:28     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2017 01:37:47     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13881802        +E-mail/Text: bankruptcy@acacceptance.com Sep 22 2017 01:40:17     American Credit Acceptance,
                  961 East Main Street,    Spartanburg, SC 29302-2185
13887851         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2017 01:46:01
                  American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                  Oklahoma City, OK  73124-8848
13917237         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2017 01:46:00
                  LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13915042        +E-mail/Text: bankruptcygroup@peco-energy.com Sep 22 2017 01:39:59     PECO Energy Company,
                  2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
13882521        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2017 01:56:23
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13949113        +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 22 2017 01:40:25     Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13930500        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2017 01:46:01     Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 11

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
cr*             +Verizon by American InfoSource LP as agent,     4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
cr*             +Windsor Ridge Homeowners Association,    c/o Robert J. Hoffman, Esquire,
                  326 West State Street,    Media, PA 19063-2616
13900125*       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
                                                                                               TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John                    Page 2 of 2                   Date Rcvd: Sep 21, 2017
                              Form ID: pdf900               Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              MICHAEL G. DEEGAN    on behalf of Debtor Brian L Schmidt mgdeegan@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              ROBERT J. HOFFMAN    on behalf of Creditor    Windsor Ridge Homeowners Association
               collections@marcushoffman.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN L SCHMIDT                                Chapter 13

                  Debtor                       Bankruptcy No. 17-11747-JKF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: September 21, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL G DEEGAN
134 W KING ST

MALVERN, PA 19355-


Debtor:
BRIAN L SCHMIDT

2024 GARRISON DRIVE

CHESTER SPRINGS, PA 19425